**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 08-7657**

—————————

KORELL ROBERT FLOYD BATTLE, a/k/a Korell Battle,

Plaintiff - Appellant,

v.

SHERIFF JAMES R. METTS, Lexington County Detention Center, LCDC; SERGEANT SCOTT MCDERMOTH, Lexington County Detention Center; CAPTAIN O'NIEL, a/k/a Captain O'Neill, Lexington County Detention Center; SERGEANT BATES, Lexington County Detention Center,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of South Carolina, at Anderson.  G. Ross Anderson, Jr., District Judge.  (8:07-cv-00466-GRA)

—————————

Submitted:  January 15, 2009          Decided:  January 22, 2009

—————————

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Korell Robert Floyd Battle, Appellant Pro Se.  Daniel C. Plyler, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Korell Robert Floyd Battle appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Battle v. Metts, No. 8:07-cv-00466-GRA (D.S.C. July 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED